UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **ATLANTIC ORTHOPAEDIC ASSOCIATES,**<br>        *Plaintiff*,<br>v.<br>**CIGNA., et al.,**<br>        *Defendants.* | Civil Action No. 20-12340(MCA)<br><br>**ORDER** |

**THIS MATTER** comes before the Court by way of plaintiff's motion to remand this case to state court, ECF No. 9;

and it appearing that Judge Hammer issued a Report and Recommendation dated January 11, 2021, in which Judge Hammer recommended that this Court deny Plaintiff's motion to remand, ECF. No. 22; and

it appearing that neither Defendant nor Plaintiff have filed any objections to the Report and Recommendation; and

it appearing that for the reasons set forth in Judge Hammer's Report and Recommendation;

**IT IS** on this 8th day of March, 2021,

**ORDERED** that Judge Hammer's Report and Recommendation dated January 11, 2021, is **ADOPTED** and Plaintiff's motion to remand ECF. NO. 9 is **DENIED.**

                                    *s/ Madeline Cox Arleo*
                                    **Hon. Madeline Cox Arleo**
                                    **United States District Judge**